IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM SHANKLIN,

    Plaintiff,

v.                                                                        Civil Action No. 3:07cv319

KENNETH RANDALL SEALS, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this civil rights action. By Memorandum Opinion and Order entered on July 27, 2010, the Court granted Defendants' motion for summary judgment and dismissed the action. Plaintiff has filed a motion to alter or amend that judgment. Defendants have opposed Plaintiff's motion. The matter is ripe for disposition.

Plaintiff represents that he submitted his motion to alter or amend to the Court on September 1, 2010. The Court deems the motion to alter or amend to be filed as of that date. *See Houston v. Lack*, 487 U.S. 266, 276 (1988). A motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e) "must be filed no later than 28 days after the entry of judgment." Fed. R. Civ. P. 59(e). Thus, Plaintiff was required to file any motion to alter or amend by August 25, 2010. The Court lacks authority to extend the time for filing a Rule 59(e) motion. *See* Fed. R. Civ. P. 6(b)(2); *Alston v. MCI Commc'ns Corp.*, 84 F.3d 705, 706 (4th Cir. 1996). Plaintiff's motion to alter or amend (Docket No. 140) is untimely and will be DENIED.

The Court declines to consider Plaintiff's motion as a motion for relief under Federal Rule of Civil Procedure 60(b). Should Plaintiff wish to pursue relief under that rule, he must

identify the specific subsection of the rule that governs his motion and brief why he is entitled to relief under that portion of Rule 60(b).

An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 10-4-10